AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   SA24CA0838FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Block Equity Group, LLC
was recieved by me on  8/06/2024:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **REPUBLIC REGISTERED AGENT SERVICES INC.**, who is designated by law to accept service of process on behalf of **Block Equity Group, LLC** at **54 State St Ste 804, Albany, NY 12207** on **08/09/2024** at **12:15 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  08/09/2024

Server's signature

**Francisco Cruz**
Printed name and title

**526 Warren St.**
**Albany, NY 12208**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to REPUBLIC REGISTERED AGENT SERVICES INC., REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

FILED
AUG 1 5 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY





Tracking #: 0140029794