UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>LOUIS AMBROSIO AND §<br>BLOCK EQUITY GROUP, LLC, §<br>§<br>Defendants. § | CASE NO. 5:24-CV-00838-FB-ESC |

**AGREED MOTION TO WITHDRAW**
**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Defendant Block Equity Group, LLC ("Block") and Louis Ambrosio ("Ambrosio") file this Agreed Motion to Withdraw Plaintiff's Motion for Clerk's Entry of Default, as follows:

1. On September 14, 2024, Plaintiff mailed his Motion for Clerk's Entry of Default as to Louis Ambrosio.

2. On September 15, 2024, counsel for Defendant Ambrosio and Plaintiff agreed via email to the relief sought in Defendant Block Equity Group, LLC's Unopposed Motion to Set Aside Entry of Default and Defendants' Motion for Extension of Time to File Response (the "Motion for Extension of Time"). (Dkt. 9).

3. On September 17, 2024, the Court Granted the Motion for Extension of Time, establishing October 4, 2024 as the deadline for Defendants to respond to Plaintiff's Complaint.

4. Also on September 17, 2024, the undersigned received notice of the Motion for Entry of Default as to Louis Ambrosio, filed by the Clerk on September 16, 2024.

5. Accordingly, pursuant to the agreement in the Motion for Extension of Time, the Parties respectfully request that Plaintiff's Motion for Clerk's Entry of Default as to Louis

Ambrosio be withdrawn, or otherwise denied as moot.

Dated:  September 18, 2024.	Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael A. Harvey*
    **Michael A. Harvey**
    State Bar No. 24058352
    700 Milam Street, Suite 900
    Houston, Texas 77002-2732
    Tel:  713-222-4015
    Fax:  713-222-5894
    mharvey@munsch.com

**ATTORNEY FOR DEFENDANTS**

**OF COUNSEL:**
**MUNSCH HARDT KOPF & HARR, P.C.**
700 Milam Street, Suite 800
Houston, Texas 77002-2732

**Earl L. Ingle**
State Bar No. 24097234
Tel: 713-222-4075
Fax: 713-222-5894
eingle@munsch.com

*AGREED*:

*/s/ Mark Anthony Ortega (w/ permission)*
Mark Anthony Ortega
PO Box 702099
San Antonio, Texas 78270
mortega@utexas.edu

4889-6568-2406v.1

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 17, 2024, I communicated via email with Plaintiff regarding the relief sought by this motion. Plaintiff agreed to the relief sought in this Motion.

*/s/ Earl L. Ingle*
Earl L. Ingle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel or parties of record by means of e-filing and/or electronic mail this 18th day of September, 2024. On September 15, 2024, Plaintiff agreed to accept service of filings in this matter via email.

Mark Anthony Ortega
PO Box 702099
San Antonio, Texas 78270
mortega@utexas.edu

*/s/ Michael A. Harvey*
Michael A. Harvey

4889-6568-2406v.1