UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ANTHONY ORTEGA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CASE NO. 5:24-CV-00838-FB-ESC** |
| **LOUIS AMBROSIO AND** § | |
| **BLOCK EQUITY GROUP, LLC,** § | |
| § | |
| Defendants. § | |
| § | |

### ORDER

CAME ON TO BE CONSIDERED the Parties' Agreed Motion to Withdraw Plaintiff's Motion for Clerk's Entry of Default regarding Defendant Louis Ambrosio. After reviewing the Motion, the Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Default as to Defendant Louis Ambrosio is hereby WITHDRAWN, or otherwise DENIED AS MOOT.

.

_____
JUDGE PRESIDING

4862-1627-4406v.1