IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00838-FB |
| vs. | § § § | |
| LOUIS AMBROSIO, BLOCK EQUITY GROUP, LLC, | § § § § | |
| *Defendants.* | § § § | |

**ORDER**

Before the Court in the above-styled cause of action is Plaintiff's oral motion for permission to file electronically. As stated at the Initial Pretrial Conference on December 16, 2024, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's oral motion for permission to file electronically is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff review the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at https://www.txwd.uscourts.gov/cmecf/.

**IT IS FURTHER ORDERED** that Plaintiff may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

SIGNED this 17th day of December, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE